United States District Court
Southern District of Texas
**ENTERED**
May 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS ANTHONY JONES, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 2:21-CV-00299 |
| NUECES COUNTY, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"). (D.E. 36). The M&R recommends that Plaintiff's case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). (D.E. 1).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 36). Accordingly, the Court **DISMISSES** Plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b). *See Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (stating district courts may dismiss actions *sua sponte* without motion by a defendant). All claims in this action are **DISMISSED with prejudice**. A final

judgment will be entered separately.

    SO ORDERED.

                                                         DAVID S. MORALES
                                                         UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      May ____, 2023